IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **MARK HOFFMAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**<br>Plaintiff/Petitioner<br><br>vs.<br><br>**HEARING HELP EXPRESS, INC.**<br>Defendant/Respondent | Cause No.:  **3:19-CV-05960-JRC**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of October, 2019** at **3:55 PM** at the address of **801 ADLAI STEVEN SON DRIVE, SPRINGFIELD, Sangamon County, IL 62703**; this declarant served the above described documents upon **HEARING HELP EXPRESS, INC. c/o ILLINOIS CORPORATION SERVICE COMPANY, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Tyler Fuchs** , **DOCUMENTS PROCESSOR , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject showing identification, a white male approx. 25-35 years of age, 5'10"-6'0" tall, weighing 160-180 lbs with brown hair.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$125.00**

Declarant hereby states under penalty of perjury under the laws of the State of Illinois that the statement above is true and correct.

Date:   10/11/2019

_____

**Donald Hopper, Reg. # 115.001956, State of Illinois**

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 1

Tracking #: **0043956588**