# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARING HELP EXPRESS, INC.,<br><br>Defendant. | CASE NO. 3:19-cv-05960-JRC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR HEARING HELP EXPRESS, INC. TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: October 31, 2019** |

## I. STIPULATION

Plaintiff Mark Hoffman and Defendant Hearing Help Express, Inc. ("Hearing Help"), by and through their undersigned counsel of record, hereby stipulate and agree as follows.

1. Hearing Help was served with the Summons and Complaint on October 11, 2019 and its response is currently due on November 1, 2019. Based on the recent retention of defense counsel and the need for more time to assess claims and defenses, Hearing Help seeks an extension of 11 days to answer or otherwise respond to the Complaint. Plaintiff has agreed to Hearing Help's extension request.

2. The parties agree that the time for Defendant to respond to the Complaint with such pleadings, motions, or objections as it deems appropriate should be extended to November 12, 2019.

Stipulation for Extension of Time to Respond - 1
No. 3:19-cv-05960-JRC

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

3. The parties request the Court enter the subjoined order.

DATED this 31st day of October, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | VAN KAMPEN & CROWE PLLC |
|---|---|
| s/ Jennifer R. Murray<br>Beth E. Terrell, WSBA No. 26759<br>Jennifer Rust Murray, WSBA No. 36983<br>Adrienne D. McEntee, WSBA No. 34061<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Phone: (206) 816-6603<br>*BTerrell@terrellmarshall.com*<br>*JMurray@terrellmarshall.com*<br>*AMcentee@terrellmmarshall.com* | s/ David E. Crowe<br>David E. Crowe, WSBA No. 43529<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Phone: (206) 386-7353<br>Fax:   (206) 405-2825<br>*DCrowe@VKClaw.com* |
| s/ Anthony I. Paronich<br>Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043<br>Phone: (617) 485-0018<br>Fax: (508) 318-8100<br>*Anthony@paronichlaw.com* | s/ Ana Tagvoryan<br>Ana Tagvoryan (*pro hac vice* to be filed)<br>BlankRome LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA  90067<br>Phone: 424-239-3400<br>Fax:  424-239-3434<br>*ATagvoryan@BlankRome.com* |
| Attorneys for Plaintiff | Attorneys for Defendant |

## II.  ORDER

IT IS SO ORDERED.

DATED this ___ day of _____, 2019.

_____
Honorable J. Richard Creatura
United States Magistrate Judge

Stipulation for Extension of Time to Respond - 2
No. 3:19-cv-05960-JRC

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353