|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>HEARING HELP EXPRESS, INC.,<br><br>  Defendant. | CASE NO.  3:19-cv-05960-RBL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR HEARING HELP EXPRESS, INC. TO RESPOND TO COMPLAINT** |

### I. STIPULATION

Plaintiff Mark Hoffman and Defendant Hearing Help Express, Inc. ("Hearing Help"), by and through their undersigned counsel of record, hereby stipulate and agree as follows.

1. Hearing Help was served with the Summons and Complaint on October 11, 2019 and its response is currently due on December 3, 2019.  Based on the need for more time to assess claims and defenses, Hearing Help seeks an extension of 7 days to answer or otherwise respond to the Complaint.  Plaintiff has agreed to Hearing Help's extension request.

2. The parties agree that the time for Defendant to respond to the Complaint with such pleadings, motions, or objections as it deems appropriate should be extended to December 10, 2019.

3. The parties request the Court enter the subjoined order.

3rd Stipulation for Extension of Time to Respond - 1
No. 3:19-cv-05960-RBL

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

DATED this 2nd day of December, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | VAN KAMPEN & CROWE PLLC |
|---|---|
| s/ Jennifer R. Murray | s/ David E. Crowe |
| Beth E. Terrell, WSBA No. 26759 | David E. Crowe, WSBA No. 43529 |
| Jennifer Rust Murray, WSBA No. 36983 | 1001 Fourth Avenue, Suite 4050 |
| Adrienne D. McEntee, WSBA No. 34061 | Seattle, Washington 98154 |
| 936 North 34th Street, Suite 300 | Phone: (206) 386-7353 |
| Seattle, Washington 98103-8869 | Fax:     (206) 405-2825 |
| Phone:  (206) 816-6603 | *DCrowe@VKClaw.com* |
| *BTerrell@terrellmarshall.com* | |
| *JMurray@terrellmarshall.com* | |
| *AMcentee@terrellmmarshall.com* | |
| | |
| s/ Anthony I. Paronich | s/ Ana Tagvoryan |
| Anthony I. Paronich | Ana Tagvoryan (*pro hac vice* to be filed) |
| PARONICH LAW, P.C. | BlankRome LLP |
| 350 Lincoln Street, Suite 2400 | 2029 Century Park East, 6th Floor |
| Hingham, Massachusetts 02043 | Los Angeles, CA  90067 |
| Phone: (617) 485-0018 | Phone:  424-239-3400 |
| Fax: (508) 318-8100 | Fax:  424-239-3434 |
| *Anthony@paronichlaw.com* | *ATagvoryan@BlankRome.com* |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

II.  ORDER

IT IS SO ORDERED.

DATED this 3rd day of December, 2019.

_____
Ronald B. Leighton
United States District Judge

3rd Stipulation for Extension of Time to Respond - 2
No. 3:19-cv-05960-RBL

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353