Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

HEARING HELP EXPRESS, INC.,

Defendant.

Case No.: 3:19-cv-05960 RBL

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Hearing Help Express, Inc. files this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.

Hearing Help Express, Inc., an Illinois corporation, is wholly owned by IntriCon, Inc., a Minnesota corporation.

IntriCon, Inc. is wholly-owned by IntriCon Corporation, a Pennsylvania corporation which is also a public company.

Dated this 10th day of December, 2019

VAN KAMPEN & CROWE PLLC

/s/ David E. Crowe
David E. Crowe, WSBA No. 43529
1001 Fourth Ave., Suite 4050
Seattle, Washington  98154
Telephone:  206-386-7353
dcrowe@vkclaw.com

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No. 3:19-cv-05960 RBL

- 1 -

VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

BLANK ROME LLP

/s/ Ana Tagvoryan
Ana Tagvoryan (*pro hac vice* forthcoming)
atagvoryan@BlankRome.com
Jeffrey Rosenthal (*pro hac vice* forthcoming)
Rosenthal-J@BlankRome.com
Nicole B. Metral (*pro hac vice* forthcoming)
nbmetral@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:     424.239.3400
Facsimile:     424.239.3434

*Attorneys for Defendant Hearing Help Express, Inc.*

### Declaration of Service

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| TERRELL MARSHALL LAW GROUP PLLC | PARONICH LAW, P.C. |
|---|---|
| Beth E. Terrell | Anthony I. Paronich |
| Jennifer Rust Murray | 350 Lincoln Street, Suite 2400 |
| Adrienne D. McEntee | Hingham, Massachusetts 02043 |
| 936 North 34th Street, Suite 300 | Phone: (617) 485-0018 |
| Seattle, Washington 98103-8869 | Fax: (508) 318-8100 |
| Phone:  (206) 816-6603 | *Anthony@paronichlaw.com* |
| *BTerrell@terrellmarshall.com* | |
| *JMurray@terrellmarshall.com* | Attorneys for Plaintiff |
| *AMcentee@terrellmmarshall.com* | |

Attorneys for Plaintiff

Signed at Seattle, Washington this 10th day of December, 2019.

s/ David E. Crowe
David E. Crowe

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No. 3:19-cv-05960 RBL

- 2 -

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353