THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC.,<br><br>        Defendant. | NO. 3:19-cv-05960-RBL<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT:

  PLEASE TAKE NOTICE that Benjamin M. Drachler of Terrell Marshall Law Group PLLC hereby appears for Plaintiff Mark Hoffman in the above-captioned matter and requests that copies of all papers and pleadings, except process, be served on him at Terrell Marshall Law Group PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869.

NOTICE OF APPEARANCE - 1
CASE NO. 3:19-CV-05960-RBL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 5th day of February, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Benjamin M. Drachler, WSBA #51021
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
Benjamin M. Drachler, WSBA #51021
Email: bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

NOTICE OF APPEARANCE - 2
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Benjamin M. Drachler, hereby certify that on February 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Ana Tagvoryan, *Admitted Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Admitted Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant*

NOTICE OF APPEARANCE - 3
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   DATED this 5th day of February, 2020.

2   TERRELL MARSHALL LAW GROUP PLLC

3   By:   /s/ Benjamin M. Drachler, WSBA #51021
        Benjamin M. Drachler, WSBA #51021
4       Email: bdrachler@terrellmarshall.com
        936 North 34th Street, Suite 300
5       Seattle, Washington 98103
        Telephone: (206) 816-6603
6       Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

NOTICE OF APPEARANCE - 4
CASE NO. 3:19-CV-05960-RBL