THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

HEARING HELP EXPRESS, INC.,

    Defendant.

NO. 3:19-cv-05960-RBL

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

THIS MATTER came before the undersigned on Plaintiff's Motion to Compel. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiff's Motion to Compel;
2. Declaration of Jennifer Rust Murray in Support of Plaintiff's Motion to Compel;
3. Defendant's Response to Plaintiff's Motion to Compel;
4. Plaintiff's Reply; and
5. _____.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL - 1
CASE NO. 3:19-CV-05960-RBL

1  Based on the foregoing, Plaintiff's Motion to Compel is GRANTED. Within fourteen
2  (14) days of the date of this Order, Hearing Help shall, in response to Plaintiff's Request for
3  Production No. 31, produce call detail records of calls it placed to Plaintiff and other consumers
4  using the Genesys dialer and Pure Cloud software identified in Hearing Help's supplemental
5  response to Plaintiff's Interrogatory No. 3. The calling detail shall include (1) date and time of
6  the call; (2) telephone number called; (3) telephone number placing the call; (4) mode in which
7  the call was placed (i.e. predictive, manual or preview); (5) call disposition or result; (6) call
8  duration; and, if available, (7) identifying information for the persons who received the calls or
9  the intended recipients. The call detail records shall be produced in .csv or .xls format, as a
10 delimited .txt file, or in another electronic format agreed upon by the parties.
11     IT IS SO ORDERED.
12     Dated this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL - 2
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on May 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David E. Crowe, WSBA #43529
> Email: dcrowe@vkclaw.com
> VAN KAMPEN & CROWE PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, Washington 98154
> Telephone: (206) 386-7353
> Facsimile: (206) 405-2825
>
> Ana Tagvoryan, *Admitted Pro Hac Vice*
> Email: atagvoryan@blankrome.com
> Nicole Bartz Metral, *Admitted Pro Hac Vice*
> Email: nbmetral@blankrome.com
> BLANK ROME LLP
> 2029 Century Park East, 6th Floor
> Los Angeles, California 90067
> Telephone: (424) 239-3400
> Facsimile: (424) 239-3434
>
> Jeffrey Rosenthal, *Admitted Pro Hac Vice*
> Email: rosenthal-j@blankrome.com
> BLANK ROME LLP
> 130 North 18th Street
> Philadelphia, Pennsylvania 19103
> Telephone: (215) 569-5500
> Facsimile: (215) 569-5555
>
> *Attorneys for Defendant*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL - 3
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  DATED this 7th day of May, 2020.

2                                TERRELL MARSHALL LAW GROUP PLLC

3                                By:    /s/ Jennifer Rust Murray, WSBA #36983
                                        Jennifer Rust Murray, WSBA #36983
4                                       Email: jmurray@terrellmarshall.com
                                        936 North 34th Street, Suite 300
5                                       Seattle, Washington 98103
                                        Telephone: (206) 816-6603
6                                       Facsimile: (206) 319-5450

7                                *Attorneys for Plaintiff and the Proposed Class*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL - 4

CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com