Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

HEARING HELP EXPRESS, INC.,

Defendant.

CASE NO. 3:19-cv-05960-RBL

**DECLARATION OF NICOLE METRAL IN SUPPORT OF DEFENDANT HEARING HELP EXPRESS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

NOTED FOR CONSIDERATION: May 22, 2020

ORAL ARGUMENT REQUESTED

I, Nicole Metral, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and have been admitted *pro hac vice* to practice before this Court in this case. I am an associate attorney in the law firm of Blank Rome LLP ("Blank Rome"), attorneys for Defendant Hearing Help Express, Inc. ("Hearing Help") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify as a witness, I could and would competently testify to the following facts. I submit this declaration in support of Hearing Help's Opposition to Plaintiff's Motion to Compel.

2. After Hearing Help served its responses to Plaintiff's Interrogatories and Requests for Production, my office and counsel for Plaintiff participated in a meet and confer telephone

DECLARATION OF NICOLE METRAL IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL - 1
No. 3:19-cv-05960-RBL

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

113461.00602/123297619v.1

conference and continued meet and confer efforts over e-mail. On April 29, 2020, I sent an e-mail to Plaintiff's counsel stating that that Hearing help would produce "a list of the phone numbers for all of the Triangular leads as well as some call log details including the outbound phone number, the number a call was made to, the date of the call, and call duration for all calls made to the Triangular leads."

3. To date, Hearing Help has produced 15,924 pages of documents to Plaintiff.

4. The spreadsheet referred to in the Declaration of Rich Calligan that has been produced to Plaintiff is identified with bates label HHE0015053.

5. On May 5, 2020, Plaintiff's counsel, Anthony Paronich, sent me an e-mail attaching two declarations he received from Triangular Media Corp. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Dana Lurie that was attached to Mr. Paronich's e-mail. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Gorgi Gorgiev that was attached to Mr. Paronich's e-mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 18, 2020, at Los Angeles, California.


By: */s/ Nicole Metral*
     Nicole Metral

DECLARATION OF NICOLE METRAL IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL - 2
No. 3:19-cv-05960-RBL

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

113461.00602/123297619v.1

## Declaration of Service

I certify that on this day, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP<br>Beth E. Terrell<br>Jennifer Rust Murray<br>Adrienne D. McEntee<br>Benjamin M. Drachler<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Phone: (206) 816-6603<br>BTerrell@terrellmarshall.com<br>JMurray@terrellmarshall.com<br>AMcentee@terrellmarshall.com<br>bdrachler@terrellmarshall.com | PARONICH LAW, P.C.<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 22043<br>Phone: (617) 485-0018<br>Fax: (503) 318-8100<br>Anthony@paronichlaw.com<br><br>Attorney for Plaintiff |

Attorneys for Plaintiff

Signed at Seattle, Washington this 18th day of May 2020.

    /s/ David E. Crowe
    David E. Crowe

DECLARATION OF NICOLE METRAL IN
SUPPORT OF OPPOSITION TO COMPEL- 3
No. 3:19-cv-05960-RBL

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

113461.00602/123258105v.6