THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., and LEWIS LURIE,<br><br>                Defendants. | NO. 3:19-cv-05960-MJP<br><br>**REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** |

Lewis Lurie refused to consent to the filing of Plaintiff's proposed Second Amended Complaint but did not thereafter object to Plaintiff's motion to amend (ECF No. 61). Because both Plaintiff and Defendant Hearing Help consent to the filing of the Second Amended Complaint, and no other party has filed an objection, Plaintiff respectfully requests that the Court grant Plaintiff's motion.

REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO
AMEND THE COMPLAINT - 1
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  RESPECTFULLY SUBMITTED AND DATED this 28th day of August, 2020.

2          TERRELL MARSHALL LAW GROUP PLLC

3          By:  /s/ Adrienne D. McEntee, WSBA #34061
4             Beth E. Terrell, WSBA #26759
           Email: bterrell@terrellmarshall.com
5             Jennifer Rust Murray, WSBA #36983
           Email: jmurray@terrellmarshall.com
6             Adrienne D. McEntee, WSBA #34061
7             Email: amcentee@terrellmarshall.com
           Benjamin M. Drachler, WSBA #51021
8             Email: bdrachler@terrellmarshall.com
           936 North 34th Street, Suite 300
9             Seattle, Washington 98103-8869
10            Telephone: (206) 816-6603

11            Anthony I. Paronich, *Admitted Pro Hac Vice*
           Email: anthony@paronichlaw.com
12            PARONICH LAW, P.C.
           350 Lincoln Street, Suite 2400
13            Hingham, Massachusetts 02043
14            Telephone: (617) 485-0018
           Facsimile: (508) 318-8100
15
        *Attorneys for Plaintiff and the Proposed Class*
16

17

18

19

20

21

22

23

24

25

26

27

REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO
AMEND THE COMPLAINT - 2
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on August 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David E. Crowe, WSBA #43529
>Email: dcrowe@vkclaw.com
>VAN KAMPEN & CROWE PLLC
>1001 Fourth Avenue, Suite 4050
>Seattle, Washington 98154
>Telephone: (206) 386-7353
>Facsimile: (206) 405-2825
>
>Ana Tagvoryan, *Admitted Pro Hac Vice*
>Email: atagvoryan@blankrome.com
>Nicole Bartz Metral, *Admitted Pro Hac Vice*
>Email: nbmetral@blankrome.com
>BLANK ROME LLP
>2029 Century Park East, 6th Floor
>Los Angeles, California 90067
>Telephone: (424) 239-3400
>Facsimile: (424) 239-3434
>
>Jeffrey Rosenthal, *Admitted Pro Hac Vice*
>Email: rosenthal-j@blankrome.com
>BLANK ROME LLP
>130 North 18th Street
>Philadelphia, Pennsylvania 19103
>Telephone: (215) 569-5500
>Facsimile: (215) 569-5555
>
>*Attorneys for Defendant Hearing Help Express, Inc.*
>
>Carl J. Marquardt
>Email: carl@cjmpllc.com
>LAW OFFICE OF CARL J. MARQUARDT, PLLC
>1126 34th Avenue, Suite 311
>Seattle, Washington 98122-5137
>Telephone: (206) 388-4498

REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Edward Maldonado
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie*

DATED this 28th day of August, 2020.

        TERRELL MARSHALL LAW GROUP PLLC

        By:   /s/ Adrienne D. McEntee, WSBA 34061
            Adrienne D. McEntee, WSBA #34061
            Email: amcentee@terrellmarshall.com
            936 North 34th Street, Suite 300
            Seattle, Washington 98103
            Telephone: (206) 816-6603
            Facsimile: (206) 319-5450

        *Attorneys for Plaintiff and the Proposed Class*

REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO
AMEND THE COMPLAINT - 4
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com