THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., and LEWIS LURIE,<br><br>Defendants. | NO. 3:19-cv-05960-MJP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT** |

THIS MATTER came before the undersigned on Plaintiff's Motion to Amend the Complaint. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiff's Motion to Amend the Complaint;

2. Declaration of Adrienne McEntee in Support of Plaintiff's Motion to Amend the Complaint; and

3. The related record.

4. Defendants did not submit an opposition to the Motion.

5. Based on the foregoing, Plaintiff's Motion to Amend the Complaint is GRANTED. IT IS SO ORDERED.

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT - 1
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Dated this 11th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND
THE COMPLAINT - 2
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I, Adrienne D. McEntee, hereby certify that on August 11, 2020, I electronically filed |
| 3 | the foregoing with the Clerk of the Court using the CM/ECF system which will send notification |
| 4 | of such filing to the following: |
| 5 | |
| 6 | David E. Crowe, WSBA #43529<br>Email: dcrowe@vkclaw.com |
| 7 | VAN KAMPEN & CROWE PLLC<br>1001 Fourth Avenue, Suite 4050 |
| 8 | Seattle, Washington 98154<br>Telephone: (206) 386-7353 |
| 9 | Facsimile: (206) 405-2825 |
| 10 | Ana Tagvoryan, *Admitted Pro Hac Vice* |
| 11 | Email: atagvoryan@blankrome.com<br>Nicole Bartz Metral, *Admitted Pro Hac Vice* |
| 12 | Email: nbmetral@blankrome.com<br>BLANK ROME LLP |
| 13 | 2029 Century Park East, 6th Floor |
| 14 | Los Angeles, California 90067<br>Telephone: (424) 239-3400 |
| 15 | Facsimile: (424) 239-3434 |
| 16 | |
| 17 | Jeffrey Rosenthal, *Admitted Pro Hac Vice*<br>Email: rosenthal-j@blankrome.com |
| 18 | BLANK ROME LLP<br>130 North 18th Street |
| 19 | Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-5500 |
| 20 | Facsimile: (215) 569-5555 |
| 21 | *Attorneys for Defendant Hearing Help Express, Inc.* |
| 22 | |
| 23 | Lewis Lurie<br>Email: lewis92363@gmail.com |
| 24 | 5841 NW 122nd Drive<br>Coral Springs, Florida 33076 |
| 25 | Telephone: (954) 234-8469 |
| 26 | *Defendant, Appearing Pro Se* |
| 27 | |

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND
THE COMPLAINT - 3
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DATED this 11th day of August, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND
THE COMPLAINT - 4
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com