THE HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6           UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON

7

8   MARK HOFFMAN, on behalf of himself and all
    others similarly situated,                         NO. 3:19-cv-05960-MJP

9                        Plaintiff,
                                                        **PLAINTIFF'S MOTION FOR**
10      vs.                                             **DEFAULT AS TO DEFENDANT**
                                                        **TRIANGULAR MEDIA**
11                                                      **CORPORATION**
    HEARING HELP EXPRESS, INC.,
12  TRIANGULAR MEDIA CORP.,                             **Note on Motion Calendar:  9/17/20**
    LEADCREATIONS.COM, LLC and LEWIS
13  LURIE,

14                       Defendants.

15

16

17

18          Plaintiff Mark Hoffman, by and through his attorneys, moves the Court for an Order

19  entering default as to Defendant Triangular Media Corporation for failure to answer in this

20  action. Venue and jurisdiction are proper in this matter.

21          This Motion for Order of Default is brought pursuant to L.R. 55(a) and is based upon

22  the Declaration of Adrienne D. McEntee and upon the files and records herein.

23

24

25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

RESPECTFULLY SUBMITTED AND DATED this 17th day of September, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Adrienne D. McEntee, WSBA #34061
     Beth E. Terrell, WSBA #26759
     Email: bterrell@terrellmarshall.com
     Jennifer Rust Murray, WSBA #36983
     Email: jmurray@terrellmarshall.com
     Adrienne D. McEntee, WSBA #34061
     Email: amcentee@terrellmarshall.com
     Benjamin M. Drachler, WSBA #51021
     Email: bdrachler@terrellmarshall.com
     936 North 34th Street, Suite 300
     Seattle, Washington 98103-8869
     Telephone: (206) 816-6603

     Anthony I. Paronich, *Admitted Pro Hac Vice*
     Email: anthony@paronichlaw.com
     PARONICH LAW, P.C.
     350 Lincoln Street, Suite 2400
     Hingham, Massachusetts 02043
     Telephone: (617) 485-0018
     Facsimile: (508) 318-8100

     *Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S MOTION FOR DEFAULT AS TO
DEFENDANT TRIANGULAR MEDIA CORPORATION - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

<u>CERTIFICATE OF SERVICE</u>

I, Adrienne D. McEntee, hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Ana Tagvoryan, *Admitted Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Admitted Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

PLAINTIFF'S MOTION FOR DEFAULT AS TO
DEFENDANT TRIANGULAR MEDIA CORPORATION - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com

2

Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP

3

2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134

4

Telephone: (305) 477-7580

5

*Attorneys for Defendant Lewis Lurie*

6

DATED this 17th day of September, 2020.

7

TERRELL MARSHALL LAW GROUP PLLC

8

9

By:   /s/ Adrienne D. McEntee, WSBA #34061
        Adrienne D. McEntee, WSBA #34061

10

Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300

11

Seattle, Washington 98103
Telephone: (206) 816-6603

12

Facsimile: (206) 319-5450

13

*Attorneys for Plaintiff and the Proposed Class*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF'S MOTION FOR DEFAULT AS TO
DEFENDANT TRIANGULAR MEDIA CORPORATION - 4
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com