THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

Defendants.

NO. 3:19-cv-05960-MJP

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT TRIANGULAR MEDIA CORPORATION

THIS MATTER is before the Court on the motion of the Plaintiff for an Order of Default against the Defendant Triangular Media Corporation, and it appearing from the files and records of this Court in this cause that venue is proper in this matter and personal service was had upon Defendant Triangular Media by serving Dana Lurie, Registered Agent, 5841 NW 122nd Drive, Coral Springs, Florida 33076 on June 10, 2020, at 9:00 p.m., and that more than twenty-one (21) days have elapsed since that date, and that Plaintiff has complied with L.R. 55(a), Defendant Triangular Media Corporation, having failed to answer in any manner whatsoever, is wholly in default, and the Court being fully advised, it is now

ORDERED that Defendant Triangular Media Corporation is hereby in default.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT AS TO DEFENDANT
TRIANGULAR MEDIA CORPORATION - 1
Case No. 3:19-cv-05960-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  IT IS FURTHER ORDERED that the Plaintiff may schedule a hearing at which time
2  the Court shall take evidence to determine the damages sustained by the Plaintiff and that entry
3  of a default judgment shall be entered at said hearing.
4     IT IS SO ORDERED this _____ day of _____, 2020.

    _____
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT AS TO DEFENDANT
TRIANGULAR MEDIA CORPORATION - 2
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

<u>CERTIFICATE OF SERVICE</u>

I, Adrienne D. McEntee, hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David E. Crowe, WSBA #43529
> Email: dcrowe@vkclaw.com
> VAN KAMPEN & CROWE PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, Washington 98154
> Telephone: (206) 386-7353
> Facsimile: (206) 405-2825
>
> Ana Tagvoryan, *Admitted Pro Hac Vice*
> Email: atagvoryan@blankrome.com
> Nicole Bartz Metral, *Admitted Pro Hac Vice*
> Email: nbmetral@blankrome.com
> BLANK ROME LLP
> 2029 Century Park East, 6th Floor
> Los Angeles, California 90067
> Telephone: (424) 239-3400
> Facsimile: (424) 239-3434
>
> Jeffrey Rosenthal, *Admitted Pro Hac Vice*
> Email: rosenthal-j@blankrome.com
> BLANK ROME LLP
> 130 North 18th Street
> Philadelphia, Pennsylvania 19103
> Telephone: (215) 569-5500
> Facsimile: (215) 569-5555
>
> *Attorneys for Defendant Hearing Help Express, Inc.*
>
> Carl J. Marquardt
> Email: carl@cjmpllc.com
> LAW OFFICE OF CARL J. MARQUARDT, PLLC
> 1126 34th Avenue, Suite 311
> Seattle, Washington 98122-5137
> Telephone: (206) 388-4498

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT TRIANGULAR MEDIA CORPORATION - 3

CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie*

DATED this 17th day of September, 2020.

                TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT AS TO DEFENDANT
TRIANGULAR MEDIA CORPORATION - 4

CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com