THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

Defendants.

NO. 3:19-cv-05960-MJP

**DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT TRIANGULAR MEDIA CORPORATION**

I , Adrienne D. McEntee, declare as follows:

1. I am one of the attorneys for Plaintiff Mark Hoffman in the above matter. The matters stated herein are within my personal knowledge.

2. On June 10, 2020, a copy of the First Amended Complaint and Summons in this matter were served upon Defendant Triangular Media Corporation through Dana Lurie its Registered Agent and designee authorized to accept service of process. The Declaration of Process Service memorializing the service is attached hereto as Exhibit A.

3. On August 4, 2020, Plaintiff's counsel wrote via email to Defendant Lewis Lurie, who Plaintiff alleges is the owner and operator of Defendant Triangular Media, and advised him that a motion for default would be filed against Triangular after August 18, 2020 if

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT TRIANGULAR MEDIA CORPORATION - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Triangular had not filed a response to the operative complaint by then. A true and correct copy of the email is attached as Exhibit B.

4. On August 5, 2020, Mr. Lurie responded that he does "not represent Triangular Media which does not have sufficient funds to retain counsel." Attached as Exhibit C is a true and correct copy of Mr. Lurie's response.

5. On August 25, 2020, Plaintiff mailed a letter to Triangular Media's Registered Agent, Dana Lurie, who is also Lewis Lurie's wife, and advised her that Plaintiff would move for default if Triangular Media had not appeared, answered, or otherwise responded to the complaint by September 14th. Attached as Exhibit D is a true and correct copy of the letter.

6. To date, Triangular has not entered an appearance, answered, or otherwise responded.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed in Seattle, Washington, on the 17th day of September, 2020.

    /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT AS
TO DEFENDANT TRIANGULAR MEDIA
CORPORATION - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Ana Tagvoryan, *Admitted Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Admitted Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT TRIANGULAR MEDIA CORPORATION - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie*

DATED this 17th day of September, 2020.

                TERRELL MARSHALL LAW GROUP PLLC

                By:   /s/ Adrienne D. McEntee, WSBA #34061
                     Adrienne D. McEntee, WSBA #34061
                     Email: amcentee@terrellmarshall.com
                     936 North 34th Street, Suite 300
                     Seattle, Washington 98103
                     Telephone: (206) 816-6603
                     Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT AS
TO DEFENDANT TRIANGULAR MEDIA
CORPORATION - 4

CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# — EXHIBIT A —

IN THE U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF WASHINGTON

**MARK HOFFMAN, ON BEHALF OF HIMSELF AND OTHERS SIMILIARLY SITUATED**
Plaintiff/Petitioner

vs.

**HEARING HELP EXPRESS, INC; ET AL**
Defendant/Respondent

Cause No.: **3:19-CV-05960-RBL**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT - CLASS ACTION**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **10th day of June, 2020** at **9:00 PM** at the address of **5841 NW 122ND DRIVE, CORAL SPRINGS, Broward County, FL 33076**; this declarant served the above described documents upon **TRIANGULAR MEDIA CORP c/o DANA LURIE, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lewis Luria** , **SPOUSE, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a white male approx. 45-55 years of age, 6'2" -6'6" tall, weighing 200-240 lbs with gray hair.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$167.50**

Declarant hereby states under penalty of perjury under the laws of the State of Florida that the statement above is true and correct.

Date: 06/10/2020

**Rossana Thomas, Reg. # SPS1471, Broward County Sheriff**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Terrell Marshall Law Group PLLC**
Ref #: **2307-001 (TRIANGULAR)**

Tracking #: **0053849376**



# — EXHIBIT B —

**Adrienne McEntee**

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, August 4, 2020 12:34 PM
**To:** Metral, Nicole; lewis92363@gmail.com; Rosenthal, Jeffrey; Tagvoryan, Ana
**Cc:** Beth Terrell; Adrienne McEntee; Jennifer Murray; Ben Drachler
**Subject:** [External] Mark Hoffman v. Hearing Help Express
**Attachments:** Proposed Second Amended Complaint.docx

Counsel and Mr. Lurie:

The Plaintiff intends to seek the Court's leave to file the attached Second Amended Complaint (which we have redlined from the First Amended Complaint). Please let us know if you consent to this filing.

Also, Mr. Lurie, please let this writing serve as the Plaintiff's Notice of its Intent to File a Motion for Default against Triangular Media, who has not filed a responsive pleading to the First Amended Complaint. This Motion for Default will be filed after August 18, 2020 if no response is received.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100
https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# — EXHIBIT C —

**Adrienne McEntee**

**From:** Lewis Lurie <lewis92363@gmail.com>
**Sent:** Wednesday, August 5, 2020 2:28 PM
**To:** Anthony Paronich
**Cc:** Metral, Nicole; Rosenthal, Jeffrey; Tagvoryan, Ana; Beth Terrell; Adrienne McEntee; Jennifer Murray; Ben Drachler
**Subject:** Re: [External] Mark Hoffman v. Hearing Help Express

Mr Paronich,

I do not consent to the Amended Complaint because you are suing the wrong party and this should go before the judge.

I also do not represent Triangular Media which does not have sufficient funds to retain counsel.

Lewis Lurie

On Tue, Aug 4, 2020 at 3:34 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Counsel and Mr. Lurie:
>
> The Plaintiff intends to seek the Court's leave to file the attached Second Amended Complaint (which we have redlined from the First Amended Complaint). Please let us know if you consent to this filing.
>
> Also, Mr. Lurie, please let this writing serve as the Plaintiff's Notice of its Intent to File a Motion for Default against Triangular Media, who has not filed a responsive pleading to the First Amended Complaint. This Motion for Default will be filed after August 18, 2020 if no response is received.
>
> Regards,

# — EXHIBIT D —

TERRELL | MARSHALL

LAW GROUP PLLC

Adrienne D. McEntee
amcentee@terrellmarshall.com

File No. 2307-001.A

August 25, 2020

***Via U.S. Mail***

Dana Lurie, Registered Agent
TRIANGULAR MEDIA CORPORATION
5841 NW 122nd Drive
Coral Sprints, Florida 33076

Re: *Mark Hoffman v. Hearing Help Express, Inc. et al.*
U.S. District Court Western District of Washington No. 3:19-cv-05960-RBL

Dear Ms. Lurie:

I represent Plaintiff Mark Hoffman in the above-captioned lawsuit. As you know, Triangular Media Corporation was personally served in this matter on June 10, 2020. To date, Triangular Media Corporation has not appeared, filed an answer or otherwise responded to the First Amended Complaint. Please let this letter serve as notice of Plaintiff's intent to file a motion for default against Triangular Media Corporation. If no answer or response is filed by September 14, 2020, Plaintiff will file his motion and seek entry of default against Triangular Media Corp.

Very truly yours,

TERRELL MARSHALL LAW GROUP PLLC

Adrienne D. McEntee

ADM:bkk