THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

    Defendants.

NO. 3:19-cv-05960-MJP

**STIPULATION AND ORDER SETTING TRIAL DATE AND RELATED DEADLINES**

**Note on Motion Calendar: 9/17/20**

## I. STIPULATION

Plaintiff Mark Hoffman and Defendants Hearing Help Express, Inc. and Lewis Lurie stipulate as follows:

| Event | Date |
|---|---|
| JURY TRIAL DATE | November 1, 2021 |
| Deadline for joining additional parties | December 31, 2020 |
| Reports from expert witness under FRCP 26(a)(2) due | January 15, 2021 |
| Deadline to move for class certification | February 25, 2021 |

STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 1
Case No. 3:19-cv-05960-MJP

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | DATE |
|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | May 6, 2021 |
| Discovery completed by | April 30, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) **Counsel are cognizant of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages.** | May 27, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | September 27, 2021 |
| Agreed pretrial order due | October 19, 2021 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 19, 2021 |
| Pretrial conference | October 21, 2021 at 01:30 PM |
| Length of Jury Trial | 5 – 7 days |

## COOPERATION:

As required by CR 37(a), counsel will resolve all discovery matters by agreement, if possible. Counsel shall also cooperate in preparing the final pretrial order in the format required by CR 16.1, except as set forth below.

## EXHIBITS:

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. Pursuant to this Court's practices, plaintiff's exhibits shall be numbered consecutively beginning with 1 and defendants' exhibits shall be numbered consecutively beginning with the next number series not used by plaintiff. Duplicate documents shall not be

STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in individual file folders with appropriately numbered tabs.

**SETTLEMENT:**

Should this case settle, counsel shall notify Grant Cogswell as soon as possible at (206) 370−8518.

RESPECTFULLY SUBMITTED AND DATED this 17th day of September, 2020.

| TERRELL MARSHALL LAW GROUP PLLC | BLANK ROME LLP |
|---|---|
| By: /s/ Adrienne D. McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Benjamin M. Drachler, WSBA #51021<br>Email: bdrachler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Anthony I. Paronich, *Pro Hac Vice*<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043<br>Telephone: (617) 485-0018<br>Facsimile: (508) 318-8100<br><br>*Attorneys for Plaintiff and the Proposed Class* | By: /s/ Nicole Bartz Metral, *Pro Hac Vice*<br>Ana Tagvoryan, *Admitted Pro Hac Vice*<br>Email: atagvoryan@blankrome.com<br>Nicole Bartz Metral, *Pro Hac Vice*<br>Email: nbmetral@blankrome.com<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067<br>Telephone: (424) 239-3400<br>Facsimile: (424) 239-3434<br><br>David E. Crowe, WSBA #43529<br>Email: dcrowe@vkclaw.com<br>VAN KAMPEN & CROWE PLLC<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone: (206) 386-7353<br>Facsimile: (206) 405-2825<br><br>Jeffrey Rosenthal, *Admitted Pro Hac Vice*<br>Email: rosenthal-j@blankrome.com<br>BLANK ROME LLP<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-5500<br>Facsimile: (215) 569-5555<br><br>*Attorneys for Defendant Hearing Help Express, Inc.* |

STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

1  MALDONADO LAW GROUP

2
3  By:  /s/ Edward Maldonado, *Pro Hac Vice*
       Edward Maldonado, *Pro Hac Vice*
4      Email: eam@maldonado-group.com
       Email: awclerk@maldonado-group.com
5      2850 S. Douglas Road, Suite 303
       Coral Gables, Florida 33134
6      Telephone: (305) 477-7580

7  Carl J. Marquardt
   Email: carl@cjmpllc.com
8  LAW OFFICE OF CARL J.
     MARQUARDT, PLLC
9  1126 34th Avenue, Suite 311
   Seattle, Washington 98122-5137
10 Telephone: (206) 388-4498

11
12 *Attorneys for Defendant Lewis Lurie*

13
14              **II.  [PROPOSED] ORDER**

15    IT IS SO ORDERED.

16    Dated this 21 day of September, 2020.

17
18                           [signature]
19                           _____
                             UNITED STATES DISTRICT JUDGE
20                           Marsha J. Pechman

STIPULATION AND [PROPOSED] ORDER SETTING
TRIAL DATE AND RELATED DEADLINES - 4
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Ana Tagvoryan, *Admitted Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Admitted Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

STIPULATION AND [PROPOSED] ORDER SETTING
TRIAL DATE AND RELATED DEADLINES - 5
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

|   |   |
|---|---|
| 1 | Edward Maldonado, *Admitted Pro Hac Vice* |
|   | Email: eam@maldonado-group.com |
| 2 | Email: awclerk@maldonado-group.com |
|   | MALDONADO LAW GROUP |
| 3 | 2850 S. Douglas Road, Suite 303 |
|   | Coral Gables, Florida 33134 |
| 4 | Telephone: (305) 477-7580 |

*Attorneys for Defendant Lewis Lurie*

DATED this 17th day of September, 2020.

                                   TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Adrienne D. McEntee, WSBA #34061
       Adrienne D. McEntee, WSBA #34061
       Email: amcentee@terrellmarshall.com
       936 North 34th Street, Suite 300
       Seattle, Washington 98103
       Telephone: (206) 816-6603
       Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER SETTING
TRIAL DATE AND RELATED DEADLINES - 6
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com