THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

    Defendants.

NO. 3:19-cv-05960-MJP

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

THIS MATTER came before the undersigned on Plaintiff's Motion to Amend the Complaint. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiff's Motion to Amend the Complaint;

2. Declaration of Adrienne McEntee in Support of Plaintiff's Motion to Amend the Complaint;

3. Defendants' Responses to Plaintiff's Motion to Amend the Complaint;

4. Plaintiff's Reply; and

5. _____.

Based on the foregoing, Plaintiff's Motion to Amend the Complaint is GRANTED.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT - 1
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206 816 6603 • FAX 206 319 5450
www.terrellmarshall.com

1  IT IS SO ORDERED.

2  Dated this _____ day of _____, 2020.

5  _____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT - 2
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL  206 816 6603 • FAX 206 319 5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on December 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Ana Tagvoryan, *Admitted Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Admitted Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206 816 6603 • FAX 206 319 5450
www.terrellmarshall.com

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie and Leadcreations.com, LLC*

DATED this 3rd day of December, 2020.

        TERRELL MARSHALL LAW GROUP PLLC

        By:   /s/ Adrienne D. McEntee, WSBA #34061
              Adrienne D. McEntee, WSBA #34061
              Email: amcentee@terrellmarshall.com
              936 North 34th Street, Suite 300
              Seattle, Washington 98103
              Telephone: (206) 816-6603
              Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT - 4
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206 816 6603 • FAX 206 319 5450
www.terrellmarshall.com