**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARING HELP EXPRESS, INC.,<br><br>Defendant. | Case No. 3:19-cv-05960-MJP<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

The Court, having considered Plaintiff's Motion for Leave to Amend the Complaint (Docket 95), the papers filed in response thereto, the papers filed in reply, all other argument and the record in this case, and being fully advised, the Court hereby **DENIES** Plaintiff's Motion for Leave to Amend the Complaint.

Dated this ____ day of December, 2020.

_____
United States District Judge
Hon. Marsha J. Pechman

Order Denying Plaintiff's Motion
for Leave to Amend Complaint           1
Case No. 3:19-cv-05960-MJP

113461.00602/123297759v.1

Presented by:

BLANK ROME LLP

/s/ Nicole B. Metral
BLANK ROME LLP
Ana Tagvoryan (admitted *pro hac vice*)
atagvoryan@BlankRome.com
Jeffrey Rosenthal (admitted *pro hac vice*)
Rosenthal-J@BlankRome.com
Nicole B. Metral (admitted *pro hac vice*)
nbmetral@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:    424.239.3400
Facsimile:    424.239.3434


VAN KAMPEN & CROWE PLLC

/s/ David E. Crowe
David E. Crowe, WSBA No. 43529
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Phone: (206) 386-7353
Fax:    (206) 405-2825
Email: *DCrowe@VKClaw.com*

*Attorneys for Defendant Hearing Help Express, Inc.*

Order Denying Plaintiff's Motion
for Leave to Amend Complaint         2
Case No. 3:19-cv-05960-MJP

113461.00602/123297759v.1