THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,<br><br>Defendants. | NO. 3:19-cv-05960-MJP<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SEAL** |

Plaintiff does not take a position on Hearing Help's request to seal an email chain that IntriCon produced in response to Plaintiff's subpoena. If, in the future, the document is submitted in support of or in opposition to a dispositive motion, Plaintiff reserves the right to request that the document be unsealed.

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SEAL - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | RESPECTFULLY SUBMITTED AND DATED this 18th day of December, 2020.

2 | TERRELL MARSHALL LAW GROUP PLLC

3 | By: /s/ Adrienne D. McEntee, WSBA #34061
4 | Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
5 | Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
6 | Adrienne D. McEntee, WSBA #34061
7 | Email: amcentee@terrellmarshall.com
Benjamin M. Drachler, WSBA #51021
8 | Email: bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
9 | Seattle, Washington 98103-8869
10 | Telephone: (206) 816-6603

11 | Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
12 | PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
13 | Hingham, Massachusetts 02043
Telephone: (617) 485-0018
14 | Facsimile: (508) 318-8100

15 |
*Attorneys for Plaintiff and the Proposed Class*
16 |

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SEAL - 2
CASE No. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David E. Crowe, WSBA #43529
>Email: dcrowe@vkclaw.com
>VAN KAMPEN & CROWE PLLC
>1001 Fourth Avenue, Suite 4050
>Seattle, Washington 98154
>Telephone: (206) 386-7353
>Facsimile: (206) 405-2825
>
>Ana Tagvoryan, *Admitted Pro Hac Vice*
>Email: atagvoryan@blankrome.com
>Nicole Bartz Metral, *Admitted Pro Hac Vice*
>Email: nbmetral@blankrome.com
>BLANK ROME LLP
>2029 Century Park East, 6th Floor
>Los Angeles, California 90067
>Telephone: (424) 239-3400
>Facsimile: (424) 239-3434
>
>Jeffrey Rosenthal, *Admitted Pro Hac Vice*
>Email: rosenthal-j@blankrome.com
>BLANK ROME LLP
>130 North 18th Street
>Philadelphia, Pennsylvania 19103
>Telephone: (215) 569-5500
>Facsimile: (215) 569-5555
>
>*Attorneys for Defendant Hearing Help Express, Inc.*
>
>Carl J. Marquardt
>Email: carl@cjmpllc.com
>LAW OFFICE OF CARL J. MARQUARDT, PLLC
>1126 34th Avenue, Suite 311
>Seattle, Washington 98122-5137
>Telephone: (206) 388-4498

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SEAL - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie and Leadcreations.com, LLC*

DATED this 18th day of December, 2020.

                TERRELL MARSHALL LAW GROUP PLLC

                By:   /s/ Adrienne D. McEntee, WSBA #34061
                    Adrienne D. McEntee, WSBA #34061
                    Email: amcentee@terrellmarshall.com
                    936 North 34th Street, Suite 300
                    Seattle, Washington 98103
                    Telephone: (206) 816-6603
                    Facsimile: (206) 319-5450

                *Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SEAL - 4
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com