THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

    Defendants.

NO. 3:19-cv-05960-MJP

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS**

**Note on Motion Calendar:  01/08/2021**

## I. INTRODUCTION

Plaintiff respectfully requests that the Court extend the deadline to designate an expert on the issue of whether Hearing Help's Genesys dialing system is an automatic telephone dialing system (ATDS) under the TCPA. Plaintiff makes this request because the United States Supreme Court recently heard oral argument on this issue in *Duguid v. Facebook*, No. 19-51 (argued Dec. 8, 2020). Any decision that the Court issues will very likely bear on the criteria that Plaintiff's expert will use to evaluate whether Hearing Help's dialing system is an ATDS.

Plaintiff's requested extension will not impact any other deadline in the case, including the deadline for Plaintiff to file his motion for class certification, which currently falls on

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

February 25, 2021. Plaintiff will argue that the ATDS issue is a common merits issue that can be decided on a classwide basis after the Supreme Court issues the *Facebook* decision. Plaintiff intends to disclose all other expert testimony on January 15, 2021 as the scheduling order requires.

Accordingly, Plaintiff respectfully requests that the Court modify the case management schedule to extend the deadline to disclose an expert on the ATDS issue as follows:

| EVENT | DATE |
| --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due EXCEPT FOR witnesses testifying on whether Hearing Help's Genesys system is an ATDS | January 15, 2021 |
| Deadline to move for class certification | February 25, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) on the ATDS issue | August 6, 2021 or 30 days following the Supreme Court's decision in *Duguid v. Facebook*, whichever is earlier |
| JURY TRIAL DATE | November 1, 2021 |

## II. STATEMENT OF FACTS

This case involves claims under the Telephone Consumer Protection Act (TCPA), which prohibits, among other things, the use of automatic telephone dialing systems to generate and call cell phone numbers without the prior express consent of the called party. 47 U.S.C. § 227(b). The TCPA defines an ATDS as "equipment which has the capacity … to store or produce telephone numbers to be called, using a random or sequential number generator; and … to dial such numbers." 47 U.S.C. § 227(a)(1). The Federal Communications Commission had previously defined what devices qualified as ATDSs but a 2018 ruling from the D.C. Circuit questioned that definition. *ACA Int'l v. FCC*, 885 F.3d 687, 694-704 (D.C. Cir. 2018).

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

In the wake of that decision, a Circuit split has emerged about the meaning of ATDS. The Ninth and Second Circuits concluded that "using a random or sequential number generator" only modifies "produce," which means an ATDS need not be able to use a random or sequential generator to store numbers—it suffices to merely have the capacity to "store numbers to be called" and "dial such numbers automatically." *See Marks v. Crunch San Diego, LLC,* 904 F.3d 1041, 1053 (9th Cir. 2018); *Duguid v. Facebook, Inc.*, 926 F.3d 1146 (9th Cir. 2019); *Duran v. LaBoom Disco, Inc.*, 955 F.3d 279, 281 n. 5 (2d Cir. 2020). The Third, Seventh, and Eleventh Circuit concluded that an ATDS must use a random or sequential number generator to store and produce numbers. *See Glasser v. Hilton Grand Vacations Co., LLC*, 948 F.3d 1301, 1306 (11th Cir. 2020); *Gadelhak v. AT&T Servs., Inc.*, 950 F.3d 458, 466-69 (7th Cir. 2020); *Dominguez v. Yahoo, Inc.,* 894 F.3d 116 (3d Cir. 2018).

Facebook petitioned the United States Supreme Court to review the Ninth Circuit's decision and the Supreme Court granted certiorari. The case is fully briefed and the Supreme Court heard oral argument on December 8, 2020.

### III.  AUTHORITY

Plaintiff submits that there is "good cause" under Fed. R. Civ. P. 16(b) because the Supreme Court's decision in *Facebook* will substantially impact the analysis needed by both parties' expert witnesses when determining if the Genesys dialing system is an ATDS under the TCPA. "The focus of the [\good cause'] inquiry is upon the moving party's reasons for seeking modification" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992). Here, the requested extension benefits both parties because the expert witness for each party will almost certainly rely on the Supreme Court's binding holding in *Facebook*. Briefly extending the deadline for the parties to submit expert testimony on this issue will save the parties significant resources and obviate any motions to supplement their expert reports to address *Facebook*.

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO
SUBMIT EXPERT TESTIMONY ON WHETHER
DEFENDANT'S DIALING SYSTEM IS AN ATDS - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

Plaintiff's requested extension will not delay this matter's resolution. Plaintiff will disclose expert testimony on all subjects except for the ATDS issue in accordance with the case management schedule currently in place. Plaintiff also will file his motion for class certification in February in accordance with the current case management schedule. Because expert testimony on the ATDS issue goes to the merits of Plaintiff's cell phone claim, it is reasonable to defer that expert work until after class certification has been briefed.

## IV.  CONCLUSION

For all the above reasons, Plaintiff respectfully requests that his motion be granted and the Court order the following schedule:

| EVENT | DATE |
| --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due EXCEPT FOR witnesses testifying on whether Hearing Help's Genesys system is an ATDS | January 15, 2021 |
| Deadline to move for class certification | February 25, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) on the ATDS issue | August 6, 2021 or 30 days following the Supreme Court's decision in *Duguid v. Facebook*, whichever is earlier |
| JURY TRIAL DATE | November 1, 2021 |

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 4
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 30th day of December, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
Benjamin M. Drachler, WSBA #51021
Email: bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO
SUBMIT EXPERT TESTIMONY ON WHETHER
DEFENDANT'S DIALING SYSTEM IS AN ATDS - 5
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on December 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David E. Crowe, WSBA #43529
> Email: dcrowe@vkclaw.com
> VAN KAMPEN & CROWE PLLC
> 1001 Fourth Avenue, Suite 4050
> Seattle, Washington 98154
> Telephone: (206) 386-7353
> Facsimile: (206) 405-2825
>
> Ana Tagvoryan, *Admitted Pro Hac Vice*
> Email: atagvoryan@blankrome.com
> Nicole Bartz Metral, *Admitted Pro Hac Vice*
> Email: nbmetral@blankrome.com
> BLANK ROME LLP
> 2029 Century Park East, 6th Floor
> Los Angeles, California 90067
> Telephone: (424) 239-3400
> Facsimile: (424) 239-3434
>
> Jeffrey Rosenthal, *Admitted Pro Hac Vice*
> Email: rosenthal-j@blankrome.com
> BLANK ROME LLP
> 130 North 18th Street
> Philadelphia, Pennsylvania 19103
> Telephone: (215) 569-5500
> Facsimile: (215) 569-5555
>
> *Attorneys for Defendant Hearing Help Express, Inc.*
>
> Carl J. Marquardt, WSBA #23257
> Email: carl@cjmpllc.com
> LAW OFFICE OF CARL J. MARQUARDT, PLLC
> 1126 34th Avenue, Suite 311
> Seattle, Washington 98122-5137
> Telephone: (206) 388-4498

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 6
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie and Leadcreations.com, LLC*

DATED this 30th day of December, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 7
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com