THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

Defendants.

NO. 3:19-cv-05960-MJP

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS**

THIS MATTER came before the undersigned on Plaintiff's Motion to Extend Deadline to Submit Expert Testimony on Whether Defendant's Dialing System is an ATDS. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiff's Motion to Extend Deadline to Submit Expert Testimony on Whether Defendant's Dialing System is an ATDS;

2. _____.

3. _____.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Based on the foregoing, Plaintiff's Motion to Extend Deadline to Submit Expert Testimony on Whether Defendant's Dialing System is an ATDS is GRANTED.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT
TESTIMONY ON WHETHER DEFENDANT'S DIALING
SYSTEM IS AN ATDS - 2
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on December 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Ana Tagvoryan, *Admitted Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Admitted Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT TESTIMONY ON WHETHER DEFENDANT'S DIALING SYSTEM IS AN ATDS - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Edward Maldonado, *Admitted Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

*Attorneys for Defendant Lewis Lurie and Leadcreations.com, LLC*

DATED this 30th day of December, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND DEADLINE TO SUBMIT EXPERT
TESTIMONY ON WHETHER DEFENDANT'S DIALING
SYSTEM IS AN ATDS - 4

CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com