THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

v.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,

Defendants.

CASE NO. 3:19-cv-05960-JRC

**STIPULATION AND [PROPOSED] ORDER TO MODIFY EXPERT RELATED DEADLINES IN SCHEDULING ORDER**

**NOTED FOR CONSIDERATION: 1/6/2021**

## I. STIPULATION

All parties hereby stipulate to modify the dates and deadlines relating to expert discovery that are in the Court's current *Scheduling Order* [Dkt. No. 78]. This stipulation addresses the request of Plaintiff in his *Motion to Extend Deadline to Submit Expert Testimony on Whether Defendant's Dialing System is an ATDS* [Dkt. No. 107]. As such, the parties stipulate as follows:

| EVENT | DATE |
|---|---|
| JURY TRIAL DATE | November 1, 2021 |
| Plaintiff's reports from expert witness under FRCP 26(a)(2) due EXCEPT for witnesses testifying on whether Hearing Help's Genesys system is an ATDS | January 15, 2021 |
| Defendants' reports from expert witness under FRCP 26(a)(2) due EXCEPT for witnesses testifying on whether Hearing Help's Genesys system is an ATDS | February 5, 2021 |

STIPULATION AND [PROPOSED] ORDER
TO MODIFY EXPERT DEADLINES - 1
No. 3:19-cv-05960-JRC

113461.00602/124729858v.1

| EVENT | DATE |
|---|---|
| Deadline to move for class certification | February 25, 2021 |
| Plaintiff's rebuttal reports from rebuttal expert witness under FRCP 26(a)(2) due EXCEPT for witnesses testifying on whether Hearing Help's Genesys system is an ATDS | February 25, 2021 |
| Defendants' reports from rebuttal expert witness under FRCP 26(a)(2) due EXCEPT for witnesses testifying on whether Hearing Help's Genesys system is an ATDS | March 15, 2021 |
| Discovery completed by (except for expert discovery) | April 30, 2021 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | May 6, 2021 |
| All reports from expert witnesses under FRCP 26(a)(2) due on the ATDS issue | June 25, 2021, or 45 days following the decision in *Duguid v. Facebook*, whichever is earlier |
| Rebuttal reports from any rebuttal expert witnesses under FRCP 26(a)(2) due on the ATDS issue | July 16, 2021 |
| Expert discovery cutoff | July 23, 2021 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) for EXPERTS only | July 29, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d))<br><br>**Counsel are cognizant of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages.** | August 5, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | September 27, 2021 |
| Agreed pretrial order due | October 19, 2021 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 19, 2021 |
| Pretrial conference | October 21, 2021 at 01:30 PM |
| Length of Jury Trial | 5 – 7 days |

STIPULATION AND [PROPOSED] ORDER
TO MODIFY EXPERT DEADLINES - 2
No. 3:19-cv-05960-JRC

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

113461.00602/124729858v.1

**COOPERATION:**

As required by CR 37(a), counsel will resolve all discovery matters by agreement, if possible. Counsel shall also cooperate in preparing the final pretrial order in the format required by CR 16.1, except as set forth below.

**EXHIBITS:**

The original and one copy of the trial exhibits are to be delivered to chambers four days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. Pursuant to this Court's practices, plaintiff's exhibits shall be numbered consecutively beginning with 1 and defendants' exhibits shall be numbered consecutively beginning with the next number series not used by plaintiff. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in individual file folders with appropriately numbered tabs.

**SETTLEMENT:**

Should this case settle, counsel shall notify Rhonda Miller as soon as possible at (206) 370‒8518.

RESPECTFULLY SUBMITTED AND DATED this 6th day of January, 2021.

TERRELL MARSHALL LAW
  GROUP PLLC

By: */s/ Adrienne McEntee*
  Beth E. Terrell, WSBA #26759
  Email: bterrell@terrellmarshall.com
  Jennifer Rust Murray, WSBA #36983
  Email: jmurray@terrellmarshall.com
  Adrienne D. McEntee, WSBA #34061
  Email: amcentee@terrellmarshall.com
  Benjamin M. Drachler, WSBA #51021
  Email: bdrachler@terrellmarshall.com
  936 North 34th Street, Suite 300
  Seattle, Washington 98103-8869
  Telephone: (206) 816-6603

BLANK ROME LLP

By: */s/ Nicole Metral*
  Ana Tagvoryan, *Admitted Pro Hac Vice*
  Email: atagvoryan@blankrome.com
  Nicole Bartz Metral, *Pro Hac Vice*
  Email: nbmetral@blankrome.com
  BLANK ROME LLP
  2029 Century Park East, 6th Floor
  Los Angeles, California 90067
  Telephone: (424) 239-3400
  Facsimile: (424) 239-3434

  David E. Crowe, WSBA #43529
  Email: dcrowe@vkclaw.com
  VAN KAMPEN & CROWE PLLC
  1001 Fourth Avenue, Suite 4050

STIPULATION AND [PROPOSED] ORDER
TO MODIFY EXPERT DEADLINES - 3
No. 3:19-cv-05960-JRC

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Anthony I. Paronich, *Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*


MALDONADO LAW GROUP


By:  */s/ Edward Maldonado*
    Edward Maldonado, *Pro Hac Vice*
    Email: eam@maldonado-group.com
    Email: awclerk@maldonado-group.com
    2850 S. Douglas Road, Suite 303
    Coral Gables, Florida 33134
    Telephone: (305) 477-7580


    Carl J. Marquardt
    Email: carl@cjmpllc.com
    LAW OFFICE OF CARL J.
        MARQUARDT, PLLC
    1126 34th Avenue, Suite 311
    Seattle, Washington 98122-5137
    Telephone: (206) 388-4498

*Attorneys for Defendants Lewis Lurie and
LeadCreations.Com LLC*

Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Jeffrey Rosenthal, *Admitted Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help
Express, Inc.*

## I.  [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
TO MODIFY EXPERT DEADLINES - 4
No. 3:19-cv-05960-JRC

**VAN KAMPEN & CROWE** PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

113461.00602/124729858v.1

**CERTIFICATE OF SERVICE**

I, Nicole Metral, hereby certify that on January 6th, 2021, I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF system which will send notification of
such filing to the following:

TERRELL MARSHALL LAW GROUP
Beth E. Terrell
Jennifer Rust Murray
Adrienne D. McEntee
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Phone: (206) 816-6603
BTerrell@terrellmarshall.com
JMurray@terrellmarshall.com
AMcentee@terrellmarshall.com

Attorneys for Plaintiff

Carl J. Marquardt
LAW OFFICE OF
CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498
carl@cjmpllc.com

Attorney for Defendant Lewis Lurie and
Defendant LeadCreations.Com, LLC

Edward Maldonado, Admitted Pro Hac Vice
MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580
eam@maldonado-group.com
awclerk@maldonado-group.com

Attorney for Defendant Lewis Lurie and
Defendant LeadCreations.Com, LLC

PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 22043
Phone: (617) 485-0018
Fax: (503) 318-8100
Anthony@paronichlaw.com

Attorney for Plaintiff

Signed at Los Angeles, California this 6th day of January 2021.

*/s/ Nicole Metral*
Nicole Metral

STIPULATION AND [PROPOSED] ORDER
TO MODIFY EXPERT DEADLINES - 5
No. 3:19-cv-05960-JRC

VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154-1000
(206) 386-7353

113461.00602/124729858v.1