**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,<br><br>                              Defendants. | Case No. 3:19-cv-05960-MJP<br><br>**[PROPOSED] ORDER RE: DEFENDANT HEARING HELP EXPRESS, INC.'S MOTION TO STAY PENDING U.S. SUPREME COURT *FACEBOOK V. DUGUID* RULING ON DEFINITION OF AN AUTOMATIC TELEPHONE DIALING SYSTEM** |

The Court, having considered Defendant Hearing Help Express, Inc.'s *Motion to Stay Pending U.S. Supreme Court Facebook v. Duguid Ruling on Definition of an Automatic Telephone Dialing System* (the "Motion"), the papers filed in response thereto, the papers filed in reply, oral argument, and all other argument and the record in this case, and being fully advised, the Court hereby rules as follows:

Defendant Hearing Help Express, Inc.'s Motion is **GRANTED**.  This matter is hereby stayed, in its entirety, including all current dates and deadlines, until 30 days following the U.S. Supreme Court's ruling in *Facebook v. Duguid*.  On or before the 30th day following this ruling, the parties shall submit a proposed modified Scheduling Order for the Court to consider.

Order Re: Defendant's Motion to Stay                    1
Case No. 3:19-cv-05960-MJP

113461.00602/124965812v.1

Dated this ____ day of January, 2021.

_____
United States District Judge
Hon. Marsha J. Pechman

Presented by:

BLANK ROME LLP

*/S/ Nicole B. Metral*
BLANK ROME LLP
Ana Tagvoryan (admitted *pro hac vice*)
atagvoryan@BlankRome.com
Jeffrey Rosenthal (admitted *pro hac vice*)
Rosenthal-J@BlankRome.com
Nicole B. Metral (admitted *pro hac vice*)
nbmetral@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

VAN KAMPEN & CROWE PLLC

/S/ David E. Crowe
David E. Crowe, WSBA No. 43529
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Phone: (206) 386-7353
Fax:    (206) 405-2825
Email: *DCrowe@VKClaw.com*

*Attorneys for Defendant Hearing Help Express, Inc.*

Order Re: Defendant's Motion to Stay   2
Case No. 3:19-cv-05960-MJP

113461.00602/124965812v.1

# CERTIFICATE OF SERVICE

I, Nicole Metral, hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP<br>Benjamin Drachler<br>Beth E. Terrell<br>Jennifer Rust Murray<br>Adrienne D. McEntee<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Phone: (206) 816-6603<br>Email:  bdrachler@terrellmarshall.com<br>BTerrell@terrellmarshall.com<br>JMurray@terrellmarshall.com<br>AMcentee@terrellmarshall.com<br><br>*Attorneys for Plaintiff Mark Hoffman* | PARONICH LAW, P.C.<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 22043<br>Phone: (617) 485-0018<br>Fax: (503) 318-8100<br>Anthony@paronichlaw.com<br><br>*Attorney for Plaintiff, Mark Hoffman* |

Carl J. Marquardt
LAW OFFICE OF
CARL J. MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498
Email: carl@cjmpllc.com

*Attorney for Defendant Lewis Lurie and Defendant LeadCreations.Com, LLC*

Edward Maldonado, Admitted Pro Hac Vice
 MALDONADO LAW GROUP
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580
Email: eam@maldonado-group.com;
awclerk@maldonado-group.com

*Attorney for Defendant Lewis Lurie and Defendant LeadCreations.Com, LLC*

Order Re: Defendant's Motion to Stay    3
Case No. 3:19-cv-05960-MJP

113461.00602/124965812v.1

1  Signed at Los Angeles, California this 14th day of January 2021.

2

3                                          */s/ Nicole Metral*
                                           Ana Tagvoryan (admitted pro hac vice)
4                                          atagvoryan@BlankRome.com
                                           Jeffrey Rosenthal (admitted pro hac vice)
5                                          Rosenthal-J@BlankRome.com
                                           Nicole B. Metral (admitted pro hac vice)
6                                          nbmetral@blankrome.com
                                           2029 Century Park East, 6th Floor
7                                          Los Angeles, CA  90067
                                           Telephone: 424.239.3400
8                                          Facsimile: 424.239.3434

9
                                     *Attorneys for Defendant Hearing Help Express, Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order Re: Defendant's Motion to Stay          4
Case No. 3:19-cv-05960-MJP

113461.00602/124965812v.1