THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC.,

Defendant.

NO. 3:19-cv-05960-RBL

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL THE CONTINUED DEPOSITION OF RICHARD CALLIGAN**

THIS MATTER came before the undersigned on Plaintiff's Motion to Compel. Prior to ruling, the Court considered the following documents and evidence:

1. Plaintiff's Motion to Compel the Continued Deposition of Richard Calligan;
2. Defendants' responses, if any;
3. Plaintiff's Reply.
4. _____.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL THE CONTINUED DEPOSITION
OF RICHARD CALLIGAN - 1
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Based on the foregoing, Plaintiff's Motion to Compel is GRANTED. Hearing Help shall make Mr. Calligan available for a deposition between the dates of February 11 and 19, 2021.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL THE CONTINUED DEPOSITION
OF RICHARD CALLIGAN - 2
CASE NO. 3:19-CV-05960-RBL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com