THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC and LEWIS LURIE,<br><br>　　　　　　　　　Defendants. | NO. 3:19-cv-05960-MJP<br><br>**DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE CONTINUED DEPOSITION OF RICHARD CALLIGAN** |

I, Adrienne D. McEntee, declare as follows:

1. I am a member of Terrell Marshall Law Group PLLC, counsel of record for Plaintiff Mark Hoffman. I have personal knowledge of the facts set forth in this declaration. I am submitting this declaration in support of Plaintiff's Motion to Compel.

2. Attached as Exhibit 1 is a true and correct copy of Hearing Help's March 2020 Objections and Responses to Plaintiff's First Set of Requests for Production.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Second Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6).

DECLARATION OF ADRIENNE D. MCENTEE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE CONTINUED DEPOSITION OF RICHARD CALLIGAN - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4.      Attached as Exhibit 3 is a true and correct copy of the July 28, 2020 email from counsel for Hearing Help designating Richard Calligan to testify regarding several topics, including (a) the dialing system Hearing Help used to place calls to Plaintiff and proposed class members, (b) the purpose of calls placed using the dialing system, (c) the reporting capabilities of the dialing system, including the calling details that are stored about each call, and (d) the manuals, data specifications, operator instructions, user guides, and other technical documentation regarding the dialer.

5.      Attached as Exhibit 4 are true and correct excerpts from Mr. Calligan's July 30, 2020 deposition.

6.      On November 20, 2020 and December 16, 2020, months after Mr. Calligan's deposition, Hearing Help produced documents, along with call detail records related to millions of calls, which contained campaign codes. They did not come in the form of a list. Instead, our firm culled through millions of calling records to find 83 distinct campaign codes.

7.      Attached as Exhibit 5 is a true and correct copy of Plaintiff's Second Set of Interrogatories to Hearing Help, which were served on January 11, 2021.

8.      Because Plaintiff never had the opportunity to question Mr. Calligan or any other designee regarding their meaning, to date, Plaintiff has no way to distinguish calls Hearing Help made to existing customers from solicitation calls to new leads. On December 11, 2020, Plaintiff's counsel asked Hearing Help to make Mr. Calligan available for a short deposition in order to ask questions about the campaign codes. When Hearing Help did not respond, Plaintiff's counsel reiterated his request. On January 8, 2021, Hearing Help declined to make Mr. Calligan available.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE
CONTINUED DEPOSITION OF RICHARD CALLIGAN - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  EXECUTED this 14th day of January, 2021 at Seattle, Washington.

2

3        /s/ Adrienne D. McEntee, WSBA #34061
         Adrienne D. McEntee, WSBA #34061
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF ADRIENNE D. MCENTEE IN
SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE
CONTINUED DEPOSITION OF RICHARD CALLIGAN - 3
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com