THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,<br><br>Defendants. | NO. 3:19-cv-05960-MJP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS**<br><br>**Note on Motion Calendar:**<br><br>**NOTED FOR CONSIDERATION: 1/22/2021** |

### I. STIPULATION

The parties enter this stipulation, which is related to (1) Hearing Help's Motion to Stay Pending U.S. Supreme Court *Facebook v. Duguid* Ruling on Definition of an Automatic Telephone Dialing System [ECF 117], (2) Plaintiff's Motion to Compel the Continued Deposition of Richard Calligan [ECF 118], and (3) the Court's December 22, 2020 Order on Motion for Protective Order and Motion to Strike [ECF 106]. Specifically, the parties agree:

- This case should be stayed, including all current deadlines for any party (including, but not limited to, IntriCon, Inc. and IntriCon Corporation) to respond to pleadings and/or discovery, pending a decision by the United States Supreme Court in *Duguid v. Facebook*, No. 19-51 (argued Dec. 8, 2020);

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

- Within two weeks of the *Duguid* decision, or at the Court's earliest convenience, the parties shall attend a status conference where a revised scheduling order will be entered;
- Among other deadlines, the revised scheduling order shall include a date certain by which Hearing Help must produce consent data, whether the data is in Hearing Help's possession or has been obtained from third parties. However, this stay does not preclude any party from issuing third-party subpoenas during the time period the case is stayed;
- Among other deadlines, the revised scheduling order shall include dates certain by which Plaintiff shall provide topics for the continued Rule 30(b)(6) deposition of Hearing Help and the deposition's completion (with Hearing Help reserving all rights to object to all or portions of said deposition notice); and
- Plaintiff shall withdraw his pending motion to compel [ECF 118].

RESPECTFULLY SUBMITTED AND DATED this 22nd day of January, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, WSBA #34061
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Adrienne D. McEntee, WSBA #34061
    Email: amcentee@terrellmarshall.com
    Benjamin M. Drachler, WSBA #51021
    Email: bdrachler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603

BLANK ROME LLP

By: /s/ Nicole Bartz Metral, *Pro Hac Vice*
    Ana Tagvoryan, *Pro Hac Vice*
    Email: atagvoryan@blankrome.com
    Nicole Bartz Metral, *Pro Hac Vice*
    Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Anthony I. Paronich, *Pro Hac Vice* | David E. Crowe, WSBA #43529 |
| Email: anthony@paronichlaw.com | Email: dcrowe@vkclaw.com |
| PARONICH LAW, P.C. | VAN KAMPEN & CROWE PLLC |
| 350 Lincoln Street, Suite 2400 | 1001 Fourth Avenue, Suite 4050 |
| Hingham, Massachusetts 02043 | Seattle, Washington 98154 |
| Telephone: (617) 485-0018 | Telephone: (206) 386-7353 |
| Facsimile: (508) 318-8100 | Facsimile: (206) 405-2825 |

*Attorneys for Plaintiff and the Proposed Class*

Jeffrey Rosenthal, *Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

MALDONADO LAW GROUP

By:  /s/ Edward Maldonado, *Pro Hac Vice*
    Edward Maldonado, *Pro Hac Vice*
    Email: eam@maldonado-group.com
    Email: awclerk@maldonado-group.com
    2850 S. Douglas Road, Suite 303
    Coral Gables, Florida 33134
    Telephone: (305) 477-7580

    Carl J. Marquardt
    Email: carl@cjmpllc.com
    LAW OFFICE OF CARL J.
    2307-001MARQUARDT, PLLC
    1126 34th Avenue, Suite 311
    Seattle, Washington 98122-5137
    Telephone: (206) 388-4498

*Attorneys for Defendant Lewis Lurie*

STIPULATION AND [PROPOSED] ORDER FOR STAY OF
PROCEEDINGS AND REGARDING CERTAIN
DISCOVERY TOPICS - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

## II.  [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR STAY OF
PROCEEDINGS AND REGARDING CERTAIN
DISCOVERY TOPICS - 4
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com