THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,

Defendants.

NO. 3:19-cv-05960-MJP

**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS**

**Note on Motion Calendar:**

**NOTED FOR CONSIDERATION: 1/22/2021**

## I. STIPULATION

The parties enter this stipulation, which is related to (1) Hearing Help's Motion to Stay Pending U.S. Supreme Court *Facebook v. Duguid* Ruling on Definition of an Automatic Telephone Dialing System [ECF 117], (2) Plaintiff's Motion to Compel the Continued Deposition of Richard Calligan [ECF 118], and (3) the Court's December 22, 2020 Order on Motion for Protective Order and Motion to Strike [ECF 106]. Specifically, the parties agree:

- This case should be stayed, including all current deadlines for any party (including, but not limited to, IntriCon, Inc. and IntriCon Corporation) to respond to pleadings and/or discovery, pending a decision by the United States Supreme Court in *Duguid v. Facebook*, No. 19-51 (argued Dec. 8, 2020);

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

- Within two weeks of the *Duguid* decision, or at the Court's earliest convenience, the parties shall attend a status conference where a revised scheduling order will be entered;
- Among other deadlines, the revised scheduling order shall include a date certain by which Hearing Help must produce consent data, whether the data is in Hearing Help's possession or has been obtained from third parties. However, this stay does not preclude any party from issuing third-party subpoenas during the time period the case is stayed;
- Among other deadlines, the revised scheduling order shall include dates certain by which Plaintiff shall provide topics for the continued Rule 30(b)(6) deposition of Hearing Help and the deposition's completion (with Hearing Help reserving all rights to object to all or portions of said deposition notice); and
- Plaintiff shall withdraw his pending motion to compel [ECF 118].

RESPECTFULLY SUBMITTED AND DATED this 24th day of January, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, WSBA #34061
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@terrellmarshall.com
Benjamin M. Drachler, WSBA #51021
Email: bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

BLANK ROME LLP

By: /s/ Nicole Bartz Metral, *Pro Hac Vice*
Ana Tagvoryan, *Pro Hac Vice*
Email: atagvoryan@blankrome.com
Nicole Bartz Metral, *Pro Hac Vice*
Email: nbmetral@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Anthony I. Paronich, *Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

David E. Crowe, WSBA #43529
Email: dcrowe@vkclaw.com
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile: (206) 405-2825

Jeffrey Rosenthal, *Pro Hac Vice*
Email: rosenthal-j@blankrome.com
BLANK ROME LLP
130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Attorneys for Defendant Hearing Help Express, Inc.*

MALDONADO LAW GROUP

By: /s/ Edward Maldonado, *Pro Hac Vice*
Edward Maldonado, *Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J.
2307-001MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

*Attorneys for Defendant Lewis Lurie*

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS - 3
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED.

Dated this 25th day of January, 2021.

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AND REGARDING CERTAIN DISCOVERY TOPICS - 4
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com