THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,<br><br>Defendants. | NO. 3:19-cv-05960-MJP<br><br>**JOINT NOTICE OF SUPREME COURT DECISION AND REQUEST FOR STATUS CONFERENCE** |

Plaintiff and Defendants, through their counsel of record, jointly notify the Court that the United States Supreme Court issued its decision in *Facebook, Inc. v. Duguid*, No. 19-511, 2021 WL 1215717 (Apr. 1, 2021), and request that the Court schedule a status conference at which time a revised scheduling order can be addressed and entered.

JOINT NOTICE OF SUPREME COURT DECISION AND
REQUEST FOR STATUS CONFERENCE - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    RESPECTFULLY SUBMITTED AND DATED this 6th day of April, 2021.

2    TERRELL MARSHALL LAW GROUP PLLC    BLANK ROME LLP

3    By: /s/ Adrienne D. McEntee, WSBA #34061    By: /s/ Nicole Bartz Metral, *Pro Hac Vice*
      Beth E. Terrell, WSBA #26759                Ana Tagvoryan, *Pro Hac Vice*
      Email: bterrell@terrellmarshall.com         Email: atagvoryan@blankrome.com
      Jennifer Rust Murray, WSBA #36983           Nicole Bartz Metral, *Pro Hac Vice*
      Email: jmurray@terrellmarshall.com          Email: nbmetral@blankrome.com
      Adrienne D. McEntee, WSBA #34061            BLANK ROME LLP
      Email: amcentee@terrellmarshall.com         2029 Century Park East, 6th Floor
      Benjamin M. Drachler, WSBA #51021           Los Angeles, California 90067
      Email: bdrachler@terrellmarshall.com        Telephone: (424) 239-3400
      936 North 34th Street, Suite 300            Facsimile: (424) 239-3434
      Seattle, Washington 98103-8869
      Telephone: (206) 816-6603                   David E. Crowe, WSBA #43529
                                                  Email: dcrowe@vkclaw.com
      Anthony I. Paronich, *Pro Hac Vice*         VAN KAMPEN & CROWE PLLC
      Email: anthony@paronichlaw.com              1001 Fourth Avenue, Suite 4050
      PARONICH LAW, P.C.                          Seattle, Washington 98154
      350 Lincoln Street, Suite 2400              Telephone: (206) 386-7353
      Hingham, Massachusetts 02043                Facsimile: (206) 405-2825
      Telephone: (617) 485-0018
      Facsimile: (508) 318-8100                   Jeffrey Rosenthal, *Pro Hac Vice*
                                                  Email: rosenthal-j@blankrome.com
    *Attorneys for Plaintiff and the Proposed Class*    BLANK ROME LLP
                                                  130 North 18th Street
                                                  Philadelphia, Pennsylvania 19103
                                                  Telephone: (215) 569-5500
                                                  Facsimile: (215) 569-5555

                                                  *Attorneys for Defendant Hearing Help Express, Inc.*

JOINT NOTICE OF SUPREME COURT DECISION AND
REQUEST FOR STATUS CONFERENCE - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  MALDONADO LAW GROUP

2  By: /s/ Edward Maldonado, *Pro Hac Vice*
    Edward Maldonado, *Pro Hac Vice*
3      Email: eam@maldonado-group.com
    Email: awclerk@maldonado-group.com
4      2850 S. Douglas Road, Suite 303
    Coral Gables, Florida 33134
5      Telephone: (305) 477-7580

6
    Carl J. Marquardt
7      Email: carl@cjmpllc.com
    LAW OFFICE OF CARL J.
8      2307-001MARQUARDT, PLLC
    1126 34th Avenue, Suite 311
9      Seattle, Washington 98122-5137
    Telephone: (206) 388-4498
10

11  *Attorneys for Defendant Lewis Lurie and Leadcreations.com, LLC*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT NOTICE OF SUPREME COURT DECISION AND
REQUEST FOR STATUS CONFERENCE - 3
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

## I.  [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

JOINT NOTICE OF SUPREME COURT DECISION AND
REQUEST FOR STATUS CONFERENCE - 4
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com