UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN,<br><br>               Plaintiff,<br><br>    v.<br><br>HEARING HELP EXPRESS INC, et al.,<br><br>               Defendants. | CASE NO. C19-5960 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Parties' Joint Notice. (Dkt. No. 127.) The Court ORDERS the parties to meet and confer to discuss a proposed case schedule for the remaining deadlines in this action. The Parties are ordered to meet and confer by April 21, 2021 and to submit a joint status report detailing any agreed or disputed proposed case deadlines by April 23, 2021. The Parties should also indicate whether they wish to hold a status conference with the Court after meeting and conferring.

MINUTE ORDER - 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed April 16, 2021.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk

MINUTE ORDER - 2