THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,

Defendants.

NO. 3:19-cv-05960-MJP

**JOINT STATUS REPORT**

Pursuant to the Court's April 16, 2021, Minute Order (Dkt. No. 128), the parties, by and through their respective counsel, submit the following Joint Status Report. The parties previously notified the Court that the United States Supreme Court issued its decision in *Facebook, Inc. v. Duguid*, No. 19-511, 2021 WL 1215717 (Apr. 1, 2021). This case was stayed[1] pending the United States Supreme Court ruling.

The parties have met and conferred and discussed attending a private mediation prior to engaging in additional discovery, class certification, and other motion practice. The parties agree to utilize Bruce Friedman, Esq. of JAMS and have contacted his office to schedule the

---

[1] The case was not stayed as to third party discovery.

JOINT STATUS REPORT - 1
Case No. 3:19-cv-05960-MJP

mediation. In order for mediation to be fruitful, the parties agree that the stay on this case (except as to Defendants' third party discovery of consent data) should remain in place. Therefore, the parties respectfully request that the Court allow the case to remain stayed (with the exception of third party discovery) until after the mediation is completed. Mediation is scheduled for May 24, 2021. Two weeks following the mediation date the parties will submit a joint status report with any agreed upon deadlines and detailing any disputed deadlines. Unless the Court requires a status conference, the parties do not request one at this time.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of April, 2021.

| TERRELL MARSHALL LAW GROUP PLLC | BLANK ROME LLP |
|---|---|
| By: /s/ Adrienne D. McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Benjamin M. Drachler, WSBA #51021<br>Email: bdrachler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Anthony I. Paronich, *Admitted Pro Hac Vice*<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043<br>Telephone: (617) 485-0018<br>Facsimile: (508) 318-8100<br><br>*Attorneys for Plaintiff and the Proposed Class* | By: /s/ Nicole Bartz Metral, *Pro Hac Vice*<br>Ana Tagvoryan, *Admitted Pro Hac Vice*<br>Email: atagvoryan@blankrome.com<br>Nicole Bartz Metral, *Admitted Pro Hac Vice*<br>Email: nbmetral@blankrome.com<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067<br>Telephone: (424) 239-3400<br>Facsimile: (424) 239-3434<br><br>David E. Crowe, WSBA #43529<br>Email: dcrowe@vkclaw.com<br>VAN KAMPEN & CROWE PLLC<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone: (206) 386-7353<br>Facsimile: (206) 405-2825 |

JOINT STATUS REPORT - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

|   |   |
|---|---|
| 1 | Jeffrey Rosenthal, *Admitted Pro Hac Vice* |
|   | Email: rosenthal-j@blankrome.com |
| 2 | BLANK ROME LLP |
|   | 130 North 18th Street |
| 3 | Philadelphia, Pennsylvania 19103 |
|   | Telephone: (215) 569-5500 |
| 4 | Facsimile: (215) 569-5555 |

*Attorneys for Defendant Hearing Help Express, Inc.*

MALDONADO LAW GROUP

By:  /s/ Edward Maldonado, *Pro Hac Vice*
Edward Maldonado, *Pro Hac Vice*
Email: eam@maldonado-group.com
Email: awclerk@maldonado-group.com
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 477-7580

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J.
   MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

*Attorneys for Defendant Lewis Lurie*

JOINT STATUS REPORT - 3
CASE NO. 3:19-CV-05960-MJP