UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN, | CASE NO. C19-5960 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEARING HELP EXPRESS INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Parties' Joint Status Report. (Dkt. No. 129.) The Parties ask the Court to extend the stay to allow them to attend a private mediation on May 24, 2021. The Court extends the stay as requested until after the mediation is complete (except as to third-party discovery). The Parties must provide a joint status report by no later than June 7, 2021, detailing any agreed or disputed proposed case deadlines as well as the status of the mediation.

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed April 23, 2021.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk