# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN, | CASE NO. C19-5960 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEARING HELP EXPRESS INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Parties' Joint Status Report. (Dkt. No. 131.) The Court GRANTS the Parties the additional time requested and ORDERS the Parties to submit another joint status report by June 21, 2021. If resolution is not reached by that date, the Parties, after meeting and conferring, shall include in their joint status report any agreed or disputed proposed case deadlines. The Parties should also indicate whether they wish to hold a status conference with the Court.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed June 8, 2021.

<pre>
                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk
</pre>