THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,<br><br>Defendants. | NO. 3:19-cv-05960-MJP<br><br>**JOINT STATUS REPORT** |

    Pursuant to the Court's June 8, 2021, Minute Order (Dkt. No. 132), the parties, by and through their respective counsel, submit the following Joint Status Report.

    Plaintiff and Defendants Hearing Help, Intricon, Inc., and Intricon, Corp. ("Settling Defendants") participated in mediation on May 24, 2021 and since that time have reached a resolution. Plaintiff and Settling Defendants shall execute the settlement agreement on or before July 6, 2021, and Plaintiff shall move for preliminary approval by July 13, 2021.

    Unless the Court requires a status conference, the parties do not request one at this time.

JOINT STATUS REPORT - 1
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 21st day of June, 2021. | |
| 2 | TERRELL MARSHALL LAW | BLANK ROME LLP |
| 3 |   GROUP PLLC | |
| 4 | By: /s/ Adrienne D. McEntee, WSBA #34061 | By: /s/ Nicole Bartz Metral, *Pro Hac Vice* |
|   | Beth E. Terrell, WSBA #26759 | Ana Tagvoryan, *Admitted Pro Hac Vice* |
| 5 | Email: bterrell@terrellmarshall.com | Email: atagvoryan@blankrome.com |
|   | Jennifer Rust Murray, WSBA #36983 | Nicole Bartz Metral, *Admitted Pro Hac Vice* |
| 6 | Email: jmurray@terrellmarshall.com | |
| 7 | Adrienne D. McEntee, WSBA #34061 | Email: nbmetral@blankrome.com |
|   | Email: amcentee@terrellmarshall.com | BLANK ROME LLP |
| 8 | Benjamin M. Drachler, WSBA #51021 | 2029 Century Park East, 6th Floor |
|   | Email: bdrachler@terrellmarshall.com | Los Angeles, California 90067 |
| 9 | 936 North 34th Street, Suite 300 | Telephone: (424) 239-3400 |
| 10 | Seattle, Washington 98103-8869 | Facsimile: (424) 239-3434 |
|   | Telephone: (206) 816-6603 | |
| 11 | | David E. Crowe, WSBA #43529 |
|   | | Email: dcrowe@vkclaw.com |
| 12 | Anthony I. Paronich, *Admitted Pro Hac Vice* | VAN KAMPEN & CROWE PLLC |
|   | Email: anthony@paronichlaw.com | 1001 Fourth Avenue, Suite 4050 |
| 13 | PARONICH LAW, P.C. | Seattle, Washington 98154 |
|   | 350 Lincoln Street, Suite 2400 | Telephone: (206) 386-7353 |
| 14 | Hingham, Massachusetts 02043 | Facsimile: (206) 405-2825 |
|   | Telephone: (617) 485-0018 | |
| 15 | Facsimile: (508) 318-8100 | Jeffrey Rosenthal, *Admitted Pro Hac Vice* |
| 16 | | Email: rosenthal-j@blankrome.com |
|   | *Attorneys for Plaintiff and the Proposed Class* | BLANK ROME LLP |
| 17 | | 130 North 18th Street |
| 18 | | Philadelphia, Pennsylvania 19103 |
|   | | Telephone: (215) 569-5500 |
| 19 | | Facsimile: (215) 569-5555 |
| 20 | | *Attorneys for Defendant Hearing Help Express, Inc.* |
| 21 | | |
| 22 | | MALDONADO LAW GROUP |
| 23 | | By: /s/ Edward Maldonado, *Pro Hac Vice* |
|   | | Edward Maldonado, *Pro Hac Vice* |
| 24 | | Email: eam@maldonado-group.com |
|   | | Email: awclerk@maldonado-group.com |
| 25 | | 2850 S. Douglas Road, Suite 303 |
| 26 | | Coral Gables, Florida 33134 |
|   | | Telephone: (305) 477-7580 |
| 27 | | |

JOINT STATUS REPORT - 2
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Carl J. Marquardt
Email: carl@cjmpllc.com
LAW OFFICE OF CARL J.
   MARQUARDT, PLLC
1126 34th Avenue, Suite 311
Seattle, Washington 98122-5137
Telephone: (206) 388-4498

*Attorneys for Defendant Lewis Lurie*

JOINT STATUS REPORT - 3
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com