THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,<br><br>                    Defendants. | NO. 3:19-cv-05960-MJP<br><br>**AMENDED JOINT STATUS REPORT** |

Plaintiff and Defendants Hearing Help, Intricon, Inc., and Intricon, Corp. ("Settling Defendants"), by and through their respective counsel, submit the following Amended Joint Status Report.

On June 22, 2021, the parties, by and through their respective counsel, submitted a Joint Status Report in which Plaintiff and Defendants Hearing Help, Intricon, Inc., and Intricon, Corp. ("Settling Defendants") informed the Court they had reached a resolution of their dispute. Dkt. No. 133. They further advised the Court that they would execute a formal settlement agreement on or before July 6, 2021, and Plaintiff would move for preliminary approval by July 13, 2021.

AMENDED JOINT STATUS REPORT - 1
CASE NO. 3:19-CV-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Since then, Plaintiff and Settling Defendants have diligently worked to finalize the settlement agreement. However, they require another two weeks to complete the work and respectfully request an extension to July 20, 2021 to execute the settlement agreement, and to July 27, 2021 to file the motion for preliminary approval.

RESPECTFULLY SUBMITTED AND DATED this 13th day of July, 2021.

| TERRELL MARSHALL LAW GROUP PLLC | BLANK ROME LLP |
|---|---|
| By: /s/ Adrienne D. McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurray@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Benjamin M. Drachler, WSBA #51021<br>Email: bdrachler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br><br>Anthony I. Paronich, *Admitted Pro Hac Vice*<br>Email: anthony@paronichlaw.com<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043<br>Telephone: (617) 485-0018<br>Facsimile: (508) 318-8100<br><br>*Attorneys for Plaintiff and the Proposed Class* | By: /s/ Ana Tagvoryan, *Pro Hac Vice*<br>Ana Tagvoryan, *Admitted Pro Hac Vice*<br>Email: atagvoryan@blankrome.com<br>Nicole Bartz Metral, *Admitted Pro Hac Vice*<br>Email: nbmetral@blankrome.com<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067<br>Telephone: (424) 239-3400<br>Facsimile: (424) 239-3434<br><br>David E. Crowe, WSBA #43529<br>Email: dcrowe@vkclaw.com<br>VAN KAMPEN & CROWE PLLC<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone: (206) 386-7353<br>Facsimile: (206) 405-2825<br><br>Jeffrey Rosenthal, *Admitted Pro Hac Vice*<br>Email: rosenthal-j@blankrome.com<br>BLANK ROME LLP<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-5500<br>Facsimile: (215) 569-5555<br><br>*Attorneys for Defendant Hearing Help Express, Inc.* |

AMENDED JOINT STATUS REPORT - 2
CASE NO. 3:19-CV-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com