# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN, | CASE NO. C19-5960 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HEARING HELP EXPRESS INC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed the Parties' Amended Joint Status Report (Dkt. No. 134), which requests an additional time to finalize a settlement agreement and file for preliminary approval of the settlement. The Parties shall have until July 20, 2021 to execute the settlement agreement and until July 27, 2021 to file a motion for preliminary approval of the settlement.

\\

The clerk is ordered to provide copies of this order to all counsel.

Filed July 13, 2021.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk