THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,

Defendants.

Case No. 3:19-cv-05960-MJP

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENT**

THIS MATTER came before the Court on Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment. Prior to ruing, the Court considered the following:

1. Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment;

2. Declaration of Adrienne D. McEntee in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment;

3. Declaration of Anthony Paronich in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment;

4. Declaration of Mark Hoffman in support of Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment;

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES, COSTS, AND SERVICE PAYMENT - 1
Case No. 3:19-cv-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

5. Defendants' Response, if any;

6. Plaintiff's Reply, if any;

7. _____ ; and

8. _____ .

9. Based on the foregoing, it is hereby ORDERED that Plaintiff's Motion for Attorneys' Fees, Costs, and Service Payment is GRANTED.

SO ORDERED this \_\_\_ day of _____, 2021.

_____
THE HONORABLE MARSHA J. PECHMAN

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENT - 2
Case No. 3:19-cv-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com