THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

HEARING HELP EXPRESS, INC., TRIANGULAR MEDIA CORP., LEADCREATIONS.COM, LLC, LEWIS LURIE, INTRICON, INC., and INTRICON CORPORATION,

    Defendants.

Case No. 3:19-cv-05960-MJP

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO SUBMIT CLAIMS, OBJECT, OR REQUEST EXCLUSION**

**NOTED FOR CONSIDERATION: NOVEMBER 5, 2021**

Plaintiff Mark Hoffman, and Defendants Hearing Help Express, Inc., Intricon, Inc., and Intricon Corp. (collectively, "Parties"), jointly move this Court for entry of an order granting a short extension of deadlines for settlement class members to submit claims, object, or request exclusion. The requested extension will not change the briefing schedule for the motion for final approval, or the date of the fairness hearing. In support, the Parties state as follows:

1.    On August 4, 2021, the Court preliminarily approved the Parties' class action Settlement Agreement, including the notice documents, claim form, and exclusion form attached to the Settlement Agreement as Exhibits 2-6 ("Order"). ECF No. 139.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO SUBMIT CLAIMS, OBJECT, OR REQUEST EXCLUSION - 1
Case No. 3:19-cv-05960-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

2. The Court also approved AB Data as the Settlement Administrator. As explained in Steven J. Straub's Declaration, filed with this stipulated motion, on September 3, 2021, AB Data provided notice to settlement class members pursuant to the Court's Order.

3. On October 13, 2021, A.B. Data advised the Parties that relatively few claims had been submitted. Due to longer physical mail delivery times related to the ongoing pandemic and the USPS implementation of new service standards, A.B. Data coordinated with the Parties to provide additional notice to settlement class members. Based on additional research, from October 18 to 29, 2021, A.B. Data mailed postcards and emailed notice to nearly 20,000 new mailing or email addresses for settlement class members. A.B. Data also re-sent notice to physical and email addresses that had not bounced back or filed claims. These were reasonable procedures which are not materially inconsistent with either the Court's Order or the terms of the Settlement Agreement and that advanced the likelihood that claims would be increased.

4. November 2, 2021 was the deadline to submit claims, object, or request exclusion. To date, A.B. Data has received only 220 claims. Of these, A.B. Data has determined that 158 are valid. A.B. Data expects to receive additional timely claims by mail in the coming weeks. However, A.B. Data also recommends extending the claim, objection, and exclusion period to December 6, 2021 to allow for additional timely claims. In addition, A.B. Data recommends that postcards and emails reflecting a revised deadline of December 6, 2021 be sent to settlement class members who have not yet submitted claims.

5. Pursuant to the Court's Order, the Parties may "modify the Settlement Agreement prior to the Final Approval Hearing so long as such modifications do not materially change the terms of the settlement provided therein." ECF No. 139, ¶ 18. The Parties jointly request permission to modify the Settlement Agreement's definition of "Response Deadline," which will extend the deadline from November 2, 2021 to December 6, 2021.

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO SUBMIT CLAIMS, OBJECT, OR REQUEST
EXCLUSION - 2
Case No. 3:19-cv-05960-MJP

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**from**:

1.30    Response Deadline. The date by which a Settlement Class Member must submit a Claim Form, object to this Agreement, or submit a request for exclusion to the Settlement Administrator. The Response Deadline shall be ninety (90) days after entry of the Preliminary Approval Order.

**to**:

1.30    Response Deadline. The date by which a Settlement Class Member must submit a Claim Form, object to this Agreement, or submit a request for exclusion to the Settlement Administrator. The Response Deadline shall be one hundred twenty-five (125) days after entry of the Preliminary Approval Order.

*See* ECF No. 137-1, ¶ 1.30.

6.    The Parties also jointly request permission to revise and resend notice documents to reflect the extended December 6, 2021 deadline to submit claims, object, or request exclusion. In addition, the Parties will direct A.B. Data to update the settlement website and toll-free number to provide information about the extended deadline.

7.    Good cause exists to grant this request for a limited extension of the deadline to submit claims, object, or request exclusion, as the extension will maximize efforts to reach a significant portion of settlement class members and encourage their participation.

8.    Moreover, the Parties' request will not affect the existing December 22, 2021 deadline for Plaintiff to file the motion for final approval, or the fairness hearing, which is scheduled for January 5, 2022.

9.    For all these reasons the parties respectfully request the Court enter an order extending the deadline to submit claims, object, or request exclusion to December 6, 2021 and authorizing A.B. Data to re-send mail and email notice with the extended deadline to settlement class members who have not submitted claims.

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO SUBMIT CLAIMS, OBJECT, OR REQUEST
EXCLUSION - 3
Case No. 3:19-cv-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     STIPULATED TO AND DATED this 5th day of November, 2021.

TERRELL MARSHALL LAW GROUP PLLC    BLANK ROME LLP

By: /s/ Adrienne D. McEntee, WSBA #34061    By: /s/ Ana Tagvoryan, *pro hac vice*
   Beth E. Terrell, WSBA #26759                              Ana Tagvoryan (admitted pro hac vice)
   Email: bterrell@terrellmarshall.com                   atagvoryan@BlankRome.com
   Jennifer Rust Murray, WSBA #36983              Jeffrey Rosenthal (admitted pro hac vice)
   Email: jmurray@terrellmarshall.com                  Rosenthal-J@BlankRome.com
   Adrienne D. McEntee, WSBA # 34061             Nicole B. Metral (admitted pro hac vice)
   Email: amcentee@terrellmarshall.com                 nbmetral@blankrome.com
   Benjamin M. Drachler, WSBA #51021              2029 Century Park East, 6th Floor
   Email: bdrachler@terrellmarshall.com                Los Angeles, CA 90067
   936 North 34th Street, Suite 300                           Telephone: 424.239.3400
   Seattle, Washington 98103-8869                          Facsimile: 424.239.3434
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450                                 *Attorneys for Defendants Hearing Help*
                                                          *Express, Intricon, Inc., and Inticon, Corp.*

   Anthony I. Paronich, *Admitted Pro Hac Vice*
   Email: anthony@paronichlaw.com
   PARONICH LAW, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, Massachusetts 02043
   Telephone: (617) 485-0018
   Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Settlement Class*

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO SUBMIT CLAIMS, OBJECT, OR REQUEST
EXCLUSION - 4
Case No. 3:19-cv-05960-MJP

## II. ORDER

Pursuant to the parties Stipulated Motion, the Court hereby grants the Parties' request to modify the Settlement Agreement, extends the deadline to submit claims, object, or request exclusion to December 6, 2021, and authorizes A.B. Data to re-send mail and email notice with the December 6, 2021 deadline to settlement class members who have not submitted claims.

IT IS SO ORDERED.

DATED this 12th day of November, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO SUBMIT CLAIMS, OBJECT, OR REQUEST
EXCLUSION - 5
Case No. 3:19-cv-05960-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com