**EXHIBIT A – Opt-Out**
**To Final Approval Order**

*Mark Hoffman v. Hearing Help Express, Inc., et al.*
Case No. 3:19-cv-05960-MJP

Bruce Vail Rorty